**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STEVEN ELDRIDGE**                                                                                  **PLAINTIFF**

**v.**                                  **Case No. 2:21-cv-00073-KGB**

**CITY OF HUGHES, ARKANSAS**                                        **DEFENDANT**

## ORDER

Before the Court is the status of this case. By prior Order, the Court consolidated the instant case, *Eldridge v. Hughes Arkansas, City of*, Case No. 2:21-cv-00073-KGB, with and into *Smart et al. v. Hughes Arkansas, City of*, Case No. 2:19-cv-00047-KGB (*Eldridge*, Dkt. No. 14). The parties settled their claims, and the Court dismissed the case with prejudice as to Steven Eldridge, among other plaintiffs, by prior Order (*Smart*, Dkt. No. 66). As a result, the Clerk is directed to close this case.

It is so ordered this 4th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge